# EXHIBIT B

## Viaas v. Eufy
## Infringement Chart for U.S. Patent No. 8,558,888

| U.S. Patent No. .8,558,888 | Eufy |
|---|---|
| 4. A method for operating an apparatus for to reliably maintain high complexity continuous data over a low bandwidth and unreliable connection, the apparatus comprising: | Anker Technology, Ltd develops a Security system for operating an apparatus (Eufy Cameras) for operating an apparatus for to reliably maintain high complexity continuous data over a low bandwidth and unreliable connection<br><br><br><br>**Source:** https://www.eufy.com/collections/security-camera?ref=footer |
| [4A] a point of recordation terminal (PORT) coupled to a connection, the method comprising: | a point of recordation terminal (PORT) (Eufy 4G LTE Cam S330) coupled to a connection (network) |

| U.S. Patent No. .8,558,888 | **Eufy** |
|---|---|
|  | <br><br>Source: https://www.eufy.com/products/t86p2121?variant=43152752083130 |

| U.S. Patent No. .8,558,888 | **Eufy** |
|---|---|
| |

Source: https://www.eufy.com/products/t86p2121?variant=43152752083130 |
| [4B] capturing an event of interest, wherein capturing an event of interest comprises the following processes; | Eufy camera capturing an event of interest (motion, people or vehicle detection) |

| U.S. Patent No. .8,558,888 | **Eufy** |
|---|---|
| | <br><br>Source: https://www.eufy.com/products/t86p2121?variant=43152752083130 |
| [4C] determining a start of an event of interest; recording data associated with the event of interest; | Eufy cameras include built-in motion detection which is initially used to determine an event of interest. When no event of interest occurs, No recording and push notification, when event of interest occurs, a start of the event should be determined such that start to record and push notification, |

| U.S. Patent No. .8,558,888 | **Eufy** |
|---|---|
| | Motion Detection of eufyCams<br><br>What is Motion Detection?<br><br>Motion Detection is designed to monitor the situation from your camera's live view by detecting and recording moving objects and then pushing notification alerts to your phone.<br>Motion Detection works by combining motion sensors, software image motion comparisons, and the AI engine. Detection distance can be adjusted with sensitivity settings.<br><br>Source: https://service.eufy.com/article-description/Motion-Detection-of-eufyCams?ref=Home_Page |
| [4D] deriving a compact representation of the event of interest; recording the compact representation of the event of interest; | Eufy cameras compress the video (deriving a compact representation of the event of interest)  to reduce file size from the raw image. |

| U.S. Patent No. .8,558,888 | **<u>Eufy</u>** |
|---|---|
| | **Video compression (codec)**<br><br>Cameras don't store raw video; they compress it. The codec you use makes a big difference.<br><br>• **264** is the older standard, widely supported but less efficient.<br>• **265 (also called HEVC)** is newer and can cut file sizes by about half while keeping the same quality.<br><br>Source: https://www.eufy.com/blogs/security-camera/how-long-do-security-cameras-keep-footage |

| U.S. Patent No. .8,558,888 | **<u>Eufy</u>** |
|---|---|
| | <br><br>Source: https://community.eufy.com/t/custom-compression-setting/1002802<br><br>  And Eufy camera deprives a compact representation of the event of interest as a thumbnail which is a still image derived from the video of the event . |

| U.S. Patent No. .8,558,888 | Eufy |
|---|---|
| | Source: https://play.google.com/store/apps/details?id=com.oceanwing.battery.cam&hl=en_US |
| [4E] determining an end of the event of interest; stopping recording data; | Eufy camera determines an end of the event of interest; stopping recording data; |

| U.S. Patent No. .8,558,888 | **Eufy** |
|---|---|
| | How to Adjust the Length of the Recording Time on My eufySecurity Video Devices<br><br>The length of the recording time on eufySecurity video devices, **such as eufyCam, eufy SoloCam, eufy Floodlight Cam, eufy Video Doorbell and etc**, can be adjusted via eufy app if the recording time is less than one minute. The longest time it can be adjusted to for each recording is **2 minutes (120 s)**.<br><br>*Source:*  https://service.eufy.com/article-description/How-to-Adjust-the-Length-of-the-Recording-Time-on-My-eufySecurity-Video-Devices |
| [4F] transmitting an event of interest, wherein transmitting an event of interest comprises the following processes: | Eufy cameras can transmit data from events of interest right away due to the immediate alert a user receives when an event of interest occurs in range of a device. Examples of events of interest include motion detection |

| U.S. Patent No. .8,558,888 | **Eufy** |
|---|---|
| | <br><br>Source: https://www.eufy.com/products/t86p2121?variant=43152752083130<br><br>Source: https://service.eufy.com/article-description/Setting-Up-Notifications-on-Your-Phone-for-eufySecurity-Devices?ref=Home_Page |
| [4G] opening a client session to a server; transmitting the recorded compact | Eufy  camera opens a client session to a server; transmitting the recorded compact representation of the event immediately |

| U.S. Patent No. .8,558,888 | **Eufy** |
|---|---|
| representation of the event immediately; and | <br><br>Source: https://service.eufy.com/article-description/Setting-Up-Notifications-on-Your-Phone-for-eufySecurity-Devices?ref=Home_Page<br><br>Source: https://service.eufy.com/article-description/Introducing-Cloud-Storage?ref=Home_Page |

| U.S. Patent No. .8,558,888 | **Eufy** |
|---|---|
| [4H] storing recorded events of interest locally for later transmission; wherein capturing an event of interest further comprises: | Eufy camera stores recorded events of interest locally (storage with a microSD card) for later transmission.<br><br>**Expandable Local Storage\***<br><br>Expandable local storage with a microSD card up to 128 GB. The included 32 GB microSD card can accommodate up to 8 months\*\* of 4K footage.<br><br>\*If you choose to use cloud-based features such as cloud storage or push notifications with thumbnail previews, videos or thumbnail previews will be sent to the cloud as needed to provide your selected features.<br><br>\*\*Based on an average of 30 videos a day at 20 seconds per video.<br><br>Source: https://www.eufy.com/products/t86p2121?variant=43152752083130 |

| U.S. Patent No. .8,558,888 | **Eufy** |
|---|---|
| | **Do I need to subscribe to a cloud service to record videos?**<br><br>No. Recording footage doesn't require a subscription. The footage is saved to the built-in storage if you don't subscribe to a cloud backup service.<br><br>If you want to back up your video clips in the cloud at the same time, subscribing to a cloud backup service will be a good choice. And please note that recording footage in the cloud has a storage time limit of different plans, the recording footage will be automatically deleted when the storage time limit is reached and can not be recovered.<br><br>Source: https://service.eufy.com/article-description/S330-S300-eufyCam-eufyCam-3-3C-FAQ-Before-You-Buy?ref=Home_Page<br><br>**Can I access stored recordings remotely?**<br><br>If the system is working properly and your phone has access to the Internet, you will be able to access recordings stored in the built-in eMMC card remotely.<br><br>Source: https://service.eufy.com/article-description/S330-S300-eufyCam-eufyCam-3-3C-FAQ-Before-You-Buy?ref=Home_Page |
| [4I] reading a policy from a policy store; determining the triggers which cause certain | Eufy camera reads a policy from a policy store in Eufy Secure App. determining the triggers which cause certain actions and when triggered, |

| U.S. Patent No. .8,558,888 | Eufy |
|---|---|
| actions and when triggered: | For example, Eufy camera reads a policy (enable or disable motion or sound detection), determining the triggers which cause certain actions (for example, detect human only) and when triggered (for example, During the day, the camera only records human motion events and the app only sends push alerts for humans. At night, all motion events are recorded and push alerts are sent by the app for all events)<br><br>3. Detection Type<br><br>Motion Detection has two detection types:<br><br>• **All Motions**<br>Select this setting if you don't want to miss any action that occurs in front of the camera. The camera will record and notify you of all motion events. All motion will be recorded and pushed both at day and night time.<br><br>• **Human Only**<br>When you select this setting the system's AI will filter out non-human motion events. This is done to save the camera's battery and to reduce the number of false alert notifications you receive. For safety purposes, Motion Detection will be switched to "All Motion" at night.<br><br>The system defaults to Human Only. During the day, the camera only records human motion events and the app only sends push alerts for humans. At night, all motion events are recorded and push alerts are sent by the app for all events. If you want to monitor more motion events during the day such as cars or animals, try switching to All Motions mode.<br><br>Source: https://service.eufy.com/article-description/Motion-Detection-of-eufyCams?ref=Home_Page |
| [4J] setting thresholds for event determination; selecting data for association with an | Eufy camera sets thresholds(motion sensitivity) for event determination; selecting data (motion) for association with an event of interest to be recorded; |

| U.S. Patent No. .8,558,888 | Eufy |
|---|---|
| event of interest to be recorded; setting parameters for deriving a compact representation; and | **2. Detection Sensitivity**<br><br>There are seven sensitivity levels for eufyCam series. The corresponding PIR sensor sensitivity is Level 1 (1-20), Level 2 (21-50), Level 3 (51-70), Level 4 (71-80), Level 5 (81-88), Level 6 (89-92), Level 7 (93-100). The system's default motion detection sensitivity is set at level 4. If you think that the detection distance is too short or it has occasionally missed some events, you can use the Motion test mode to increase the sensitivity and test the maximum detectable distance of the camera. Finally, adjust the camera's motion detection sensitivity to the appropriate level to suit your home.<br><br>Source: Source: https://service.eufy.com/article-description/Motion-Detection-of-eufyCams?ref=Home_Page<br><br>Setting parameters 9H264 or H265)  for deriving a compact representation<br><br>**Video compression (codec)**<br><br>Cameras don't store raw video; they compress it. The codec you use makes a big difference.<br><br>• **264**is the older standard, widely supported but less efficient.<br>• **265 (also called HEVC)**is newer and can cut file sizes by about half while keeping the same quality.<br><br>Source: https://www.eufy.com/blogs/security-camera/how-long-do-security-cameras-keep-footage |

| U.S. Patent No. .8,558,888 | **Eufy** |
|---|---|
| | Source: https://community.eufy.com/t/custom-compression-setting/1002802 |
| [4K] setting resolutions for deriving compact representation. | Eufy camera can set resolutions for deriving compact representation. |

| U.S. Patent No. .8,558,888 | **Eufy** |
|---|---|
| |  Eufy Camera Change Resolution - EASY STEPS<br><br>Source: https://www.youtube.com/watch?v=gTPyww7blJQ |
| | |
| 9. An apparatus comprising: | Anker Technology (SG) Pte., Ltd.provides Security Cameras which is an apparatus. |

| U.S. Patent No. .8,558,888 | **Eufy** |
|---|---|
| | <br><br>**Source:** https://www.eufy.com/collections/security-camera?ref=footer |
| [9A] a digital camera coupled to | a digital camera (Eufy 4G LTE Cam S330)coupled to |

| U.S. Patent No. .8,558,888 | **Eufy** |
|---|---|
| | <br><br>Source: https://www.eufy.com/products/t86p2121?variant=43152752083130 |
| [9B] a reference select & meta-tagger circuit coupled to | a reference select & meta-tagger circuit ( select thumbnail) coupled to |

| U.S. Patent No. .8,558,888 | **<u>Eufy</u>** |
|---|---|
| | • **Include Thumbnail:** Get full notification including text and thumbnail if the thumbnail is available.<br><br>EUFY SECURITY — now<br>Person alert - T8222 Doorbell<br>Tap to view the event.<br><br>Source: https://service.eufy.com/article-description/Setting-Up-Notifications-on-Your-Phone-for-eufySecurity-Devices?ref=Home_Page |
| [9C] a formatting circuit coupled to | a formatting circuit which format  the video into 4K Resolution<br><br>• **4K in Color, Day and Night**: The color 4K camera gives you the clarity to identify a license plate 30 feet (10 meters) away. Shine a light on your surroundings with the 100-lumen spotlight to continue seeing colorful details up to 26 feet (8 meters) away, all through the night.<br><br>Source: https://www.eufy.com/products/t86p2121?variant=43152752083130 |
| [9D]a connection manager circuit coupled to | a connection manager circuit managing record to store locally or transmit to cloud |

| U.S. Patent No. .8,558,888 | **Eufy** |
|---|---|
| | **Do I need to subscribe to a cloud service to record videos?**<br><br>No. Recording footage doesn't require a subscription. The footage is saved to the built-in storage if you don't subscribe to a cloud backup service.<br><br>If you want to back up your video clips in the cloud at the same time, subscribing to a cloud backup service will be a good choice. And please note that recording footage in the cloud has a storage time limit of different plans, the recording footage will be automatically deleted when the storage time limit is reached and can not be recovered.<br><br>Source: https://service.eufy.com/article-description/S330-S300-eufyCam-eufyCam-3-3C-FAQ-Before-You-Buy?ref=Home_Page |
| [9E]a network interface, wherein the connection manager circuit comprises a processor controlled by software to perform the following operations: | A network interface to connect Wi-Fi or 4G. |

| U.S. Patent No. .8,558,888 | **Eufy** |
|---|---|
| | <br><br>Source: Source: https://www.eufy.com/products/t86p2121?variant=43152752083130 |
| [9F] reading a destination Internet Protocol (IP) address hardcoded onto the connection manager circuit board; | The Eufy camera and cloud server communicate through network |

| U.S. Patent No. .8,558,888 | **Eufy** |
|---|---|
| | eufy 4G LTE Cam S330<br><br>☐ Save $8.00 Extra ♥ as Plus Member ⌄<br><br>▣ Flexible installment payment options available. ^<br><br>**PayPal** As low as $20.83/mo at 0% APR. <u>Learn more</u><br><br>4 interest-free payments or as low as $23/mo with **affirm**.<br><u>Check your purchasing power</u><br><br>• **Forever Power**: Empower your viewing to go anywhere you desire. Enjoy 24/7 off-the-grid freedom with the upgraded solar panel and a powerful 9,400 mAh battery.<br>• **Seamless Connectivity with 4G and Wi-Fi**: Ultimate security with uninterrupted access. If Wi-Fi signal is lost, the auto-switching 4G feature swaps to mobile data. Guaranteeing continuous use.<br>• **Automatic Network Selection**: The included 3-in-1 SIM card is compitable with AT&T, T-Mobile, and Verizon. It automatically selects the most stable network to optimize connectivity and ensure uninterrupted viewing.<br><br>Source: <u>https://www.eufy.com/products/t86p2121?variant=43152752083130</u><br><br>According to network protocol,  to exchange data between Eufy camera and cloud, Eufy camera should read a destination Internet Protocol (IP) address(**server's IP address)**  hardcoded onto the connection manager circuit board. The processor of  camera knows the **server domain name (when it is set up), The** processor **uses DNS (Domain Name System) to resolve that domain name to an IP address, and send to** connection manager circuit board. |
| [9G] receiving a compact representation of an event of interest from the reference select & meta-tagger circuit; | Eufy cameras compress the video to reduce file size from the raw image. The compact representation can then be received by the connection manager circuit from the camera. |

| U.S. Patent No. .8,558,888 | **Eufy** |
|---|---|
| | **Video compression (codec)**<br><br>Cameras don't store raw video; they compress it. The codec you use makes a big difference.<br><br>• **264** is the older standard, widely supported but less efficient.<br>• **265 (also called HEVC)** is newer and can cut file sizes by about half while keeping the same quality.<br><br>Source: https://www.eufy.com/blogs/security-camera/how-long-do-security-cameras-keep-footage |
| [9H] preparing packets with the destination IP address containing the compact representation; | According to network data exchange protocol, each package will have destination IP address.<br><br>In order to upload compact representation, the Eufy camera should preparing packets with the destination IP address containing the compact representation<br><br>Each host in an IP network has an address -- the so-called *IP address*. Each packet contains the source and destination hosts' addresses. The IP is responsible for routing datagrams -- as the IP packet travels through the network, each node (host) that it travels through looks at the destination address in the packet to figure out in which direction the packet should be forwarded.<br><br>Source: https://www.objc.io/issues/10-syncing-data/ip-tcp-http/ |

| U.S. Patent No. .8,558,888 | **Eufy** |
|---|---|
| [9I] opening a client session with the destination IP address; and transmitting the packet as a client to a server at the destination IP address. | According to network data exchange protocol,  to exchange data between Eufy camera and cloud, Eufy camera should open  an https client session (sends its request message, cloud should open  an https server session. And transmitting the packet as a client to a server at the destination IP address.<br><br>HTTP data exchange<br><br>HTTP is a stateless application-level protocol and it requires a reliable network transport connection to exchange data between client and server.[49] In HTTP implementations, TCP/IP connections are used using well-known ports (typically port 80 if the connection is unencrypted or port 443 if the connection is encrypted, see also List of TCP and UDP port numbers).[1]:§4.2.1,4.2.2 In HTTP/2, a TCP/IP connection plus multiple protocol channels are used. In HTTP/3, the application transport protocol QUIC over UDP is used.<br><br>**Request and response messages through connections**<br><br>Data is exchanged through a sequence of request–response messages which are exchanged by a session layer transport connection.[49] An HTTP client initially tries to connect to a server establishing a connection (real or virtual). An HTTP(S) server listening on that port accepts the connection and then waits for a client's request message. The client sends its HTTP request message. Upon receiving the request the server sends back an HTTP response message, which includes header(s) plus a body if it is required. The body of this response message is typically the requested resource, although an error message or other information may also be returned. At any time (for many reasons) client or server can close the connection. Closing a connection is usually advertised in advance by using one or more HTTP headers in the last request/response message sent to server or client.[22]:§9.1<br><br>Source: https://en.wikipedia.org/wiki/HTTP |