# EXHIBIT D

## Viaas v. Eufy
## Infringement Chart for U.S. Patent No. 9,472,069

| U.S. Patent No. 9,472,069 | Eufy |
|---|---|
| 1. [Preamble] A method for generating and storing an asset from a Point of Recordation Terminal (PORT), comprising: | Anker Technology, Ltd provides Security Cameras and Eufy Secure App for generating and storing an asset from a Point of Recordation Terminal (PORT), <br><br>  <br><br> **Source:** https://www.eufy.com/collections/security-camera?ref=footer <br><br> For example, Eufy 4G LTE Cam S330 is a Point of Recordation Terminal (PORT). |

| U.S. Patent No. 9,472,069 | **Eufy** |
|---|---|
| | <br><br>Source: https://www.eufy.com/products/t86p2121?variant=43152752083130 |
| [1A] collecting a unique identification of the PORT; | Eufty Secure App collects a unique identification of the PORT;<br><br>    For example, Eufty Secure App Scan the QR code (unique identification) of the Security Cameras to collect a unique identification of the PORT (Security Cameras) |

| U.S. Patent No. 9,472,069 | **Eufy** |
|---|---|
| | ## How to Connect Security Camera to Phone with Cellular Data<br><br>**Step 1:** Prepare a SIM card with a purchased data plan.<br><br>**Step 2:** Insert the SIM card into the camera. Once the card is successfully inserted, your camera is connected to the network.<br><br>**Step 3:** Install a security camera app on your phone. You can easily find it in the App Store.<br><br>**Step 4:** Create an account and connect your security camera to your phone with the QR code.<br><br>Source: https://www.eufy.com/blogs/security-camera/connecting-security-camera-to-phone<br><br><br>Secure App can also customize cameras by name the camera to distinguish it from other cameras in the app. |

| U.S. Patent No. 9,472,069 | **<u>Eufy</u>** |
|---|---|
| | Please refer to the following tips when naming your camera:<br><br>• **Based on the Installation Location**<br>    • You can quickly recognize a particular camera within the app by naming it based on its installation location.<br>    • Examples:<br>        • Living Room<br>        • Entryway<br>        • Kids Room<br>        • Kitchen<br>• **Customized a Unique Name**<br>    • Create a unique name for the camera to distinguish it from other cameras in the app.<br><br>Source: https://service.eufy.com/article-description/Indoor-Cam-E30-How-Should-I-Name-My-Camera?ref=Home_Page |
| | |
| [1B] determining an event of interest by the PORT; | Eufy camera determines an event of interest (motion, people or vehicle detection) |

| U.S. Patent No. 9,472,069 | **Eufy** |
|---|---|
| | <br><br>Source: https://www.eufy.com/products/t86p2121?variant=43152752083130 |
| [1C] generating multiple representations of the event of interest determined by the PORT, wherein the multiple representations include both video and still images of the event derived from the video; | When an event of interest occurs, the Eufy camera creates a short video of the event. This is either done through taking a part of the continuous stream or beginning to record when the event starts. Within the Eufy app users can watch the recorded videos. The videos have thumbnails shown in the app which are still images of the event derived from the video. |

| U.S. Patent No. 9,472,069 | **Eufy** |
|---|---|
| |
Source: https://service.eufy.com/article-description/Setting-Up-Notifications-on-Your-Phone-for-eufySecurity-Devices?ref=Home_Page

Source: https://play.google.com/store/apps/details?id=com.oceanwing.battery.cam&hl=en_US |

| U.S. Patent No. 9,472,069 | Eufy |
|---|---|
| | |
| [1D] identifying timing relationship between the multiple representations of the event of interest determined by the PORT; | The Eufy camera timestamps the recordings. When viewed on the app, the events of interest are shown with the time at which the event occurred. |

Source: https://service.eufy.com/article-description/How-to-View-Event-History-In-eufySecurity-App?ref=Home_Page

| U.S. Patent No. 9,472,069 | **Eufy** |
|---|---|
| | Source: https://play.google.com/store/apps/details?id=com.oceanwing.battery.cam&hl=en_US |
| [1E] associating the unique identification of the PORT with the multiple representations of the event of interest determined by the PORT; | Eufy associates the unique identification of the PORT (for example the camera's name) with the multiple representations of the event of interest determined by the PORT, such that the user can recognize what the event come from. |

| U.S. Patent No. 9,472,069 | **Eufy** |
|---|---|
| | <br><br>Source: https://play.google.com/store/apps/details?id=com.oceanwing.battery.cam&hl=en_US |
| [1F] encrypting and uploading the multiple representations of the | Eufy cameras encrypt and uploading the multiple representations of the event of interest with the unique identification of the PORT for cloud storage. |

| U.S. Patent No. 9,472,069 | **Eufy** |
|---|---|
| event of interest with the unique identification of the PORT for cloud storage. | For example, Eufy cameras encrypt using advanced encryption algorithms, and upload multiple representations of the event of interest with the unique identification of the cameras. The encrypted representations are stored in cloud, where the user can access them.<br><br>**Introducing Cloud Backup**<br><br>**What is cloud storage?**<br>Cloud backup allows you to store your data so it can be accessed "anytime, anywhere" from any device via the Internet. It is a cloud computing model that stores data on the Internet through a cloud computing provider who manages and operates data storage as a service.<br><br>**Can I trust cloud backup?**<br><br>The following measures are taken to maximize security:<br>• All videos and data are protected by advanced encryption algorithms when uploaded to the cloud.<br>• All videos are stored on AWS cloud servers, which are recognized as being the most reliable cloud service provider in the world<br>• Video can only be played through the eufy app<br>• Both the URL address and the video footage are encrypted and transmitted for download and sharing. After decryption via the eufy app, downloads are saved in the user's mobile phone album in MP4 format before being processed.<br><br>Source: https://service.eufy.com/article-description/Introducing-Cloud-Storage?ref=Home_Page |
| 16    A    point    of recordation    terminal (PORT) comprising: | Anker Technology (SG) Pte., Ltd  provides Security Cameras ( (PORT). |

| U.S. Patent No. 9,472,069 | **Eufy** |
|---|---|
| | <br><br>Source: https://www.eufy.com/collections/security-camera?ref=footer<br><br>For example, Eufy 4G LTE Cam S330 is a Point of Recordation Terminal (PORT). |

| U.S. Patent No. 9,472,069 | **Eufy** |
|---|---|
| | <br><br>Source: https://www.eufy.com/products/t86p2121?variant=43152752083130 |
| [16A] an asset & event capture circuit configured to: determining an event of interest by the PORT; | Eufy camera has an asset & event capture circuit configured to: determine the event of interest by a Point of Recordation Terminal (PORT);<br><br>For example, EUFY camera determines an event of interest (motion, people, vehicles ) |

| U.S. Patent No. 9,472,069 | **Eufy** |
|---|---|
| | <br><br>Source: https://www.eufy.com/products/t86p2121?variant=43152752083130 |
| [16B] capturing multiple representations of the event of interest determined by the PORT, wherein the multiple representations include both video and still images of the event derived from the video; | When an event of interest occurs, the Eufy camera creates a short video of the event. This is either done through taking a part of the continuous stream or beginning to record when the event starts. Within the eufy app users can watch the recorded videos. The videos have thumbnails shown in the app which are still images of the event derived from the video. |

| U.S. Patent No. 9,472,069 | **Eufy** |
|---|---|
| | Source: https://service.eufy.com/article-description/Setting-Up-Notifications-on-Your-Phone-for-eufySecurity-Devices?ref=Home_Page<br><br><br><br>Source: https://play.google.com/store/apps/details?id=com.oceanwing.battery.cam&hl=en_US |
| [16C] identifying timing relationship between the multiple representations of the event of interest determined by the PORT; | The Eufy camera timestamps the recordings. When viewed on the app, the events of interest are shown with the time at which the event occurred.<br><br>For example, in Eufy Secure App, all thumbnail video are stored with time, such that a user can access. Which means that the stored representations record the time and data of the representation. |

| U.S. Patent No. 9,472,069 | **Eufy** |
|---|---|
| |  |

| U.S. Patent No. 9,472,069 | **Eufy** |
|---|---|
| | Source: https://play.google.com/store/apps/details?id=com.oceanwing.battery.cam&hl=en_US |
| [16D] associating a unique identification of the PORT with the multiple representations of the event of interest determined by the PORT; | Eufy camera associats a unique identification of the PORT with the multiple representations of the event of interest determined by the PORT;<br><br>For example, Eufy Secure App Scan the QR code (unique identification) of the Security Cameras to collect a unique identification of the PORT (Security Cameras) |

| U.S. Patent No. 9,472,069 | **Eufy** |
|---|---|
| | **How to Connect Security Camera to Phone with Cellular Data**<br><br>**Step 1:** Prepare a SIM card with a purchased data plan.<br><br>**Step 2:** Insert the SIM card into the camera. Once the card is successfully inserted, your camera is connected to the network.<br><br>**Step 3:** Install a security camera app on your phone. You can easily find it in the App Store.<br><br>**Step 4:** Create an account and connect your security camera to your phone with the QR code.<br><br>Source: https://www.eufy.com/blogs/security-camera/connecting-security-camera-to-phone<br><br>Secure App can also customize Eufy camera by name the Eufy camera. |

| U.S. Patent No. 9,472,069 | **Eufy** |
|---|---|
| | Please refer to the following tips when naming your camera:<br><br>• **Based on the Installation Location**<br>    • You can quickly recognize a particular camera within the app by naming it based on its installation location.<br>    • Examples:<br>        • Living Room<br>        • Entryway<br>        • Kids Room<br>        • Kitchen<br>• **Customized a Unique Name**<br>    • Create a unique name for the camera to distinguish it from other cameras in the app.<br><br>Source: https://service.eufy.com/article-description/Indoor-Cam-E30-How-Should-I-Name-My-Camera?ref=Home_Page |
| [16E] an encryption circuit configured to encrypt the captured representations of the event of interest prior to transmission; a network interface configured to upload the multiple representations of the event of interest with the unique identification of the PORT for cloud storage. | Eufy camera includes an encryption circuit to encrypt the captured representations of the event of interest prior to transmission using advanced encryption algorithm, a network interface configured to upload the multiple representations of the event of interest with the unique identification of the PORT for cloud storage.<br><br>For example, Eufy cameras encrypt using advanced encryption algorithms, and upload multiple representations of the event of interest with the unique identification of the cameras. The encrypted representations are stored in cloud, where the user can access them. |

| U.S. Patent No.<br>9,472,069 | **<u>Eufy</u>** |
|---|---|
| | <br><br>Source: https://service.eufy.com/article-description/Introducing-Cloud-Storage?ref=Home_Page<br><br>Eufy camera has a network interface configured to upload the multiple representations of the event of interest with the unique identification of the PORT for cloud storage such that a user can access them. |

| U.S. Patent No. 9,472,069 | **<u>Eufy</u>** |
|---|---|
| | <br><br>Source: https://www.eufy.com/products/t86p2121?variant=43152752083130 |