**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **VIAAS, INC.,**<br>       **Plaintiff,**<br><br>**v.**<br><br>**ANKER INNOVATIONS LTD., a/k/a**<br>**FANTASIA TRADING LLC (EUFY),**<br>       **Defendant** | **Civil Action No. 2:26-cv-00347**<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, VIAAS, Inc., ("Plaintiff") discloses that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of any stock. Plaintiff shows as follows:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. VIAAS, Inc.

2. Ramey LLP

DATED: April 29, 2026                Respectfully submitted,

                                   **Ramey LLP**

                                   By: /s/ William P. Ramey, III
                                       William P. Ramey, III
                                       Texas Bar No. 24027643
                                       445 Height Blvd., Suite 200
                                       Houston, Texas 77007
                                       (713) 426-3923 (telephone)
                                       (832) 900-4941 (fax)
                                       wramey@rameyfirm.com

                                   *Attorneys for VIAAS, Inc.*