**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **VIAAS, INC.,**<br>    **Plaintiff,**<br><br>**v.**<br><br>**ANKER INNOVATIONS LTD., a/k/a**<br>**FANTASIA TRADING LLC (EUFY),**<br>    **Defendant** | **Civil Action No. 2:26-cv-00347**<br><br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF RELATED CASES**

Please be advised that the attached "Exhibit A" contains all related cases. The cases are

related by common entity, VIAAS, Inc., and common patents.

Respectfully submitted,

*/s/ William P. Ramey, III*
William P. Ramey, III
**Ramey LLP**
Texas State Bar No. 24027643
446 Heights Blvd., Suite 200
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for VIAAS, Inc.***

1