# EXHIBIT A

| CASE NUMBER | CASE TITLE | COURT | DATE FILED |
|---|---|---|---|
| 2:25-cv-01048 | VIAAS, Inc. v. Vivint, LLC | Texas Eastern District Court | 10/17/2025 |